UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY F. HEARD,

    Plaintiff,

v.

8TH DISTRICT COURT SUPERVISOR, et al.,

    Defendants.
_____/

Case No. 1:19-cv-959

HON. JANET T. NEFF

## **ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 6) on December 4, 2019, recommending that Plaintiff's complaint be dismissed for failure to state a claim. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court. The Complaint is DISMISSED for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: December 30, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge